IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY GUERRIERO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

CASE NO. 1D16-3403

_____/

Opinion filed December 19, 2016.

An appeal from an order of the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Larry Guerriero, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.